*Booth, C. W. Durbrow,* and *Guy V. Shoup* for respondent. ▮

No. 906. VAN HUFFEL *v.* HARKELRODE, TREASURER. May 25, 1931. Petition for writ of certiorari to the Court of Appeals of Trumbull County, Ohio, granted. *Mr. H. H. Hoppe* for petitioner. *Mr. G. H. Birrell* for respondent.

No. 907. VAN HUFFEL *v.* HARKELRODE, TREASURER. May 25, 1931. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Mr. H. H. Hoppe* for petitioner. *Mr. G. H. Birrell* for respondent.

No. 931. GREEN STAR STEAMSHIP CO., LTD. *v.* ARMOUR & CO. ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. John C. Crawley* for petitioner. *Messrs. D. Roger Englar* and *Leonard J. Matteson* for respondents.

No. 935. WILBUR, SECRETARY OF THE INTERIOR, *v.* UNITED STATES EX REL. VINDICATOR CONSOLIDATED GOLD MINING CO.; and

No. 936. SAME *v.* UNITED STATES EX REL. CHESTATEE PYRITES & CHEMICAL CORP. May 25, 1931. Petition for writs of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Mr. Whitney North Seymour* for petitioner. *Messrs. Edgar Watkins* and *J. C. Trimble* for Vindicator Consolidated Gold Mining Co. *Messrs. Marion Smith, Edgar Watkins,* and *Mac Asbill* for Chestatee Pyrites & Chemical Corp. ▮